UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ZENISCO, INC., a California corporation; SHAHROKH RIAHINEZHAD; an individual; SHAHROOZ TAEBI, an individual; 3S NETWORK, INC., a Washington corporation,<br><br>Defendants. | Case No. 4:19-cv-05198-HSG<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE DATE** (as modified)<br><br>**Current Date:** **November 26, 2019**<br>**Time:** 2:00 p.m.<br>**Courtroom:** 2<br>**Judge:** Hon. Haywood S. Gilliam, Jr.<br><br>**New Date:** February 27, 2020<br>**Time:** 2:00 p.m. |

Complaint filed: August 20, 2019

After considering the Stipulation by the parties to continue the Initial Case Management Conference, and GOOD CAUSE appearing therefor, the Court hereby grants the request and continues the Initial Case Management Conference to Feb. 27, 2020 at 2:00 p.m., in Courtroom 2. The Case Management Conference statement shall be filed no later than seven days before the new hearing date.

**IT IS SO ORDERED.**

Dated: 11/20/2019

*Haywood S. Gilliam Jr.*

Hon. Haywood S. Gilliam, Jr.
United States District Judge