| | |
|---|---|
| GailAnn Y. Stargardter (Bar No. 250749)<br>gstargardter@mvjllp.com<br>MOKRI VANIS & JONES, LLP<br>4100 Newport Place, Suite 840<br>Newport Beach, California 92660<br>Telephone: 949.226.7040<br>Facsimile: 949.226.7150<br><br>Attorneys for Plaintiff<br>ATAIN SPECIALTY INSURANCE COMPANY | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ZENISCO, INC., a California corporation; SHAHROKH RIAHINEZHAD; an individual; SHAHROOZ TAEBI, an individual; 3S NETWORK, INC., a Washington corporation,<br><br>Defendants. | Case No. 4:19-cv-05198-HSG<br><br>**ORDER GRANTING ATAIN LEAVE TO FILE AN AMENDED COMPLAINT; VACATING THE HEARING ON THE MOTION TO DISMISS/STAY; AND CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**Current Hearing Date: February 27, 2020**<br>**TIME: 2:00 p.m.**<br>**PLACE: Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA**<br><br>**New CMC Date:**<br>**Time:** |

After considering the Stipulation signed by the parties to allow Plaintiff to file a First Amended Complaint, to vacate the pending Motion to Dismiss/Stay filed by the Zenisco Defendants and the hearing date on that Motion, and to continue the Initial Case Management Conference, and GOOD CAUSE appearing therefore, the Court grants the Parties requests as follows:

///

ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT, VACATION MOTION TO DISMMS/STAY AND CONTINUING THE INITIAL CMC

1

Case No. 4:19-cv-05198-HSG

(1) Atain shall file its First Amended Complaint on or before February 27, 2020;

(2) The Motion to Dismiss/Stay filed by the Zenisco Defendants and the February 27, 2020 hearing date on that Motion is vacated;

(3) The Initial Case Management Conference is continued until April 14, 2020 at 2 p.m.

IT IS SO ORDERED

Dated: 2/14/2020

Hon. Haywood S. Gilliam, Jr.
United States District Judge