UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY<br><br>Plaintiff(s),<br><br>v.<br><br>ZENISCO, INC., a California corporation; SHAHROKH RIAHINEZHAD; an individual; SHAHROOZ TAEBI, an individual; 3S NETWORK, INC., a Washington corporation,<br><br>Defendants | Case No. 4:19-cv-5198-HSG<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE DATE** (as modified)<br><br>**Current Date:** April 14 2020<br>**Time:** 2:00 p.m.<br>**Courtroom:** 2<br>**Judge:** Hon. Haywood S. Gilliam, Jr<br><br>**New Date:** May 26, 2020<br>**Time:** 2:00 p.m.<br><br>Complaint filed: August 20, 2019 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1     After considering the Stipulation by the parties to continue the Initial Case Management

2 Conference, and GOOD CAUSE appearing therefor, the Court hereby grants the request and continues

3 the Initial Case Management Conference to May 26, 2020 at 2:00 p.m., in Courtroom 2. The Case

4 Management Conference statement shall be filed no later than seven days before the new hearing date.

5     **IT IS SO ORDERED.**

7     Dated:   4/6/2020

8                                     Hon. Haywood S. Gilliam, Jr.
                                      United States District Judge